# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 22 CV 5367

Plaintiff:
**CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; AND CHARLES A. WHOBREY, AS TRUSTEE**

vs.

Defendant:
**MARY E. EWERT, AND INDIVIDUAL; et al**

For:
HELEN LOZANO
CENTRAL STATES LAW DEPARTMENT
8647 W. HIGGINS ROAD
8TH FLOOR
CHICAGO, IL 60631

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of October, 2022 at 11:36 am to be served on **ADAM MANN, ESQ, 4000 HOLLYWOOD BLVD., SUITE 705-S, HOLLYWOOD, FL 33021**

I, Luzeneida Gonzalez, do hereby affirm that on the **31st day of October, 2022** at **10:00 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBITS, PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER, PLAINTIFFS' BRIEF IN SUPPORT OF THEIR EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER** with date, hour and initials of process server endorsed thereon by me, to: **ADAM MANN, ESQ** at the address of: **4000 HOLLYWOOD BLVD., SUITE 705-S, HOLLYWOOD, FL 33021**, and informed said person of the contents therein, in compliance with Florida Statute

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/Witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

_____
**Luzeneida Gonzalez**
1089

Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: CPN-2022034198
Service Fee: _____

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

